# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, et al., | |
|     Plaintiff(s), | Case No. 2:13-cv-1820-JAD-NJK |
| vs. | ORDER SETTING HEARING |
| BLOOMIN' BRANDS, INC., et al., | |
|     Defendant(s). | (Docket No. 90) |

Pending before the Court is a proposed discovery plan, which evidences significant differences between the parties. *See* Docket No. 90. The Court hereby SETS a hearing on the discovery plan for April 7, 2014, at 3:30 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge