# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, et al., | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-1820-JAD-NJK |
| vs. | ) ORDER ADVANCING HEARING |
| BLOOMIN' BRANDS, INC., et al., | ) |
| Defendant(s). | ) (Docket No. 90) |

Due to conflicting duties of the Court, the hearing set for April 7, 2014, at 3:30 p.m. in Courtroom 3B is hereby ADVANCED to April 7, 2014, at 11:00 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge