1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10
11  BROOKE CARDOZA, et al.,                    )
12                          Plaintiff(s),      )      Case No. 2:13-cv-01820-JAD-NJK
                                               )
13  vs.                                        )      ORDER DENYING MOTION QUASH
                                               )
14  BLOOMIN' BRANDS, INC.,                     )
                                               )      (Docket No. 93)
15                          Defendant(s).      )
                                               )
16  _____)

17          Pending before the Court is Plaintiffs' motion to quash, Docket No. 93, arguing that they should

18  not be required to comply with discovery requests propounded prior to the Rule 26(f) conference.  It

19  appears to the Court that the same issues are addressed in the parties' competing discovery plans, *see,*

20  *e.g.*, Docket No. 90 at 6, 9, for which the Court has already scheduled a hearing for April 7, 2014, *see*

21  Docket No. 92.  Accordingly, the motion to quash is hereby DENIED as moot.  To the extent any issues

22  raised in the motion to quash are not resolved at the hearing regarding the discovery plan, Plaintiffs may

23  renew their motion.

24          IT IS SO ORDERED.

25          DATED:  April 3, 2014

26                                                     _____
                                                       NANCY J. KOPPE
27                                                     United States Magistrate Judge

28