# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brooke Cardoza et al.,<br><br>　　　　Plaintiffs<br><br>　　　v.<br><br>Bloomin' Brands, Inc., et al.,<br><br>　　　　Defendants | Case No.2:13-cv-01820-JAD-NJK<br><br>**Order Denying Motion to Reconsider [Doc. 106], Order Denying Leave to File Reply [Doc.113].** |

 Defendants move this Court to reconsider Magistrate Judge Koppe's April 18, 2014, Order imposing a complete discovery stay pending resolution of the motions to dismiss and for conditional certification.[1] In accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, Defendants filed their Objection to Judge Koppe's Order, and Plaintiffs filed a Response.[2] Defendants then moved for leave to file a reply to "clarify the issues for the Court."[3]

 The Court denies Defendants' request to file a reply. LR IB 3-1 does not provide for a reply, and the Court finds the issues have already been thoroughly briefed by the parties.

 The Court also affirms Magistrate Judge Koppe's April 18, 2014, Order. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(A),

---

[1] Doc. 106.

[2] Doc. 110.

[3] Doc. 113.

(B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Koppe is not clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED** that Magistrate Judge Koppe's Order [Doc. 102] is AFFIRMED, Defendants' Objections are OVERRULED, and Defendants' Motions [Docs. 106, 113] are DENIED.

DATED July 11, 2014.

_____
Jennifer A. Dorsey
United States District Judge