# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> BLOOMIN' BRANDS, INC., et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:13-cv-1820-JAD-NJK <br><br> ORDER SETTING HEARING <br><br> (Docket No. 158) |

Pending before the Court are the parties' competing positions regarding discovery and other case management scheduling. *See* Docket No. 158. The Court hereby SETS a scheduling hearing for December 9, 2014, at 2:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: November 25, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge