1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10

BROOKE CARDOZA, et al.,                          )
                                                )
11                       Plaintiff(s),           )          Case No. 2:13-cv-1820-JAD-NJK
                                                )
12   vs.                                         )          ORDER DENYING AS MOOT
                                                )          EMERGENCY MOTION FOR
13   BLOOMIN' BRANDS, INC., et al.,              )          CLARIFICATION
                                                )          (Docket No. 174)
14                       Defendant(s).           )
                                                )
15   _____)

16          On December 9, 2014, the Court held a hearing on the parties' competing discovery plans.

17   Docket No. 165.  The Court ordered the parties to file a joint proposed discovery plan in accordance

18   with the guidelines provided.  *See id.*

19          Now pending before the Court is an emergency motion filed by Plaintiffs attaching

20   competing discovery plans based on the parties' differing interpretation of the Court's ruling at the

21   previous hearing.  Docket No. 174.[1]  Having reviewed the attached discovery plans submitted, the

22   Court agrees with (and will separately enter) the proposed discovery plan submitted by Plaintiffs.

23   //

24

25   _____

26          [1] Counsel had also telephoned chambers seeking clarification.  The Court advises counsel that
     calling chambers is permissible in only the most urgent situations in which the parties do not have
27   sufficient time to submit a written request for relief.  *See* Local Rule 26-7.  That was not the situation
     here.  In similar situations in the future, counsel should file a written request in the first instance rather
28   than calling chambers.

Accordingly, the pending emergency motion for clarification is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2