Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com
*Attorneys for Plaintiffs (additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKE CARDOZA, *et al.*, | **CASE NO.: 2:13-cv-01820-JAD-NJK** |
| Plaintiffs, | |
| vs. | **EXPEDITED STIPULATION AND ORDER TO MODIFY NOTICE OF COLLECTIVE ACTION AND CONSENT-TO-JOIN FORMS** |
| BLOOMIN' BRANDS, INC., *et al.*, | |
| Defendants. | |

Pursuant to LR 7-1, Plaintiffs and Defendants (collectively, the "parties"), through and by their respective counsel, hereby jointly stipulate to modify the Notice of Collective Action and Consent-to-Join forms previously approved by the Court. The proposed modified Notice of Collective Action form is attached as **Exhibit 1**, and the proposed modified Consent-to-Join form is attached as **Exhibit 2**.

The parties file this stipulation at Plaintiffs' request in order to modify the current notice by including the contact information for the third-party administrator that will furnish the Notice of Collective Action and Consent-to-Join forms and receive and process the Consent-to-Join forms from opt-in plaintiffs. The other minor modification to the notice includes an instruction for Spanish speakers regarding how to obtain a Spanish-translated copy of the modified notice. The proposed Spanish-translated copies of the modified Notice of Collective Action and the Consent-to-Join are attached respectively as **Exhibits 3** and **4**. The voice recording script for Spanish speakers requesting

the Spanish-translated copy of the modified notice has been approved by the parties. Finally, the modification to the Consent-to-Join form is solely for the third-party administrator to process returned Consent-to-Join forms.

In sum, the modifications are purely for administrative practicality and do not modify any substantive aspect of the forms previously approved by the Court's Order [ECF Doc. 151]. Plaintiffs request expedited treatment of this stipulation and proposed order so that dissemination of the notice is not delayed. Plaintiffs consulted with Defendants and the parties have adopted all of the proposed changes.

IT IS SO STIPULATED.

Dated: February 13, 2015

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: */s/ Justin C. Jones*
Don Springmeyer, Esq.
Justin C. Jones, Esq.
Bradley Schrager, Esq.
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

JOHNSON BECKER, PLLC
Timothy J. Becker, Esq. (admitted pro hac)
Jacob Rusch, Esq. (admitted pro hac)
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

SOMMERS SCHWARTZ, P.C.
Jason J. Thompson, Esq. (admitted pro hac)
Jesse Young, Esq. (admitted pro hac)
2000 Town Center, Suite 900
Southfield, Michigan 48075

*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated: February 17, 2015.

_____
UNITED STATES DISTRICT JUDGE

1 | Dated: February 13, 2015

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jesse A. Cripps
Theodore J. Boutrous, Jr., Esq.
Catherine A. Conway, Esq.
Jesse A. Cripps, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Attorneys for Defendants Bloomin' Brands, Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC*

**ORDER**

**IT IS SO ORDERED**.

Dated: _____     _____
UNITED STATES DISTRICT COURT JUDGE