Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com

*Attorneys for Plaintiffs (additional counsel listed in signature block)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, CODY C. HANCOCK, MICHAEL YENDES, JEFFERY BROWN, KEVIN CONNELLEY, TREVOR TULLIS, DENISE GOODLIN, JOSEPH VERRENGIA, AMY WOMACK, VALERIE GARDNER, ALEX NESBITT, DANIEL GEIGER, RACHEL TALASKO, and WESLEY MILES, all on behalf of themselves and all similarly-situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BLOOMIN' BRANDS, INC.; OSI RESTAURANT PARTNERS, LLC; OUTBACK STEAKHOUSE OF FLORIDA, LLC; OS RESTAURANT SERVICES, LLC; and DOES 5 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01820-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO STRIKE OHIO CLASS ACTION ALLEGATIONS AND FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO STRIKE OHIO CLASS ACTION ALLEGATIONS**<br><br>(First Request) |

Pursuant to LR 7-1, the Parties hereby jointly stipulate to extend the time in which Plaintiffs may respond to Defendants' Motion to Strike Ohio Class, filed on April 22, 2015 [ECF Doc. 252]. The current deadline for response is Monday, May 11, 2015, Plaintiffs are requesting that the

deadline for filing their Opposition be May 15, 2015, to coincide with the deadline for filing of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [ECF Doc. 250].

Defendants' stipulation is conditioned upon the parties' further joint stipulation to extend the deadline for Defendants to file their Reply in support of their Motion to Strike to June 1, 2015, to coincide with the deadline for filing of Defendants' Reply in support of their Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

This is the first request for an extension of time to file a response.

RESPECTFULLY SUBMITTED,

Dated this 8th day of May, 2015

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: /s/ Justin C. Jones
Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
JOHNSON BECKER, PLLC
Timothy J. Becker, Esq. (admitted pro hac)
Jacob Rusch, Esq. (admitted pro hac)
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

SOMMERS SCHWARTZ, P.C.
Jason J. Thompson, Esq. (admitted pro hac)
Jesse Young, Esq. (admitted pro hac)
2000 Town Center, Suite 900
Southfield, Michigan 48075

*Attorneys for Plaintiffs*

Dated this 8th day of May, 2015

GIBSON, DUNN & CRUTCHER LLP

**IT IS SO ORDERED.**

By: /s/ Jesse A. Cripps
Theodore J. Boutrous, Jr., Esq.
Jesse A. Cripps, Esq.
GIBSON, DUNN & CRUTHCER, LLP
555 Mission Street, Ste. 300
San Francisco, CA 94105

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2015.

Case 2:13-cv-01820-JAD-NJK   Document 267   Filed 05/08/15   Page 3 of 3

JOHN H. COTTON & ASSOCIATES
John H. Cotton, Esq.
Nevada State Bar No. 005268
7900 W. Sahara, Ste. 200
Las Vegas, NV 89117

COTTON, DRIGGS, WALCH, HOLLEY
WOLOSON & THOMPSON
F. Thomas Edwards, Esq.
Nevada State Bar No. 009549
400 S. 4th Street, Third Floor
Las Vegas, NV 89101

*Attorneys for Defendants Bloomin' Brands, Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE or
UNITED STATES MAGISTRATE JUDGE

Dated: _____

-3-
Stipulation and [Proposed] Order to Extend Deadline