1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKE CARDOZA, et al., ) | Case No. 2:13-cv-01820-JAD-NJK |
|         Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 320) |
| BLOOMIN' BRANDS, INC., et al., ) | |
|         Defendant(s). ) | |

Pending before the Court is Plaintiffs' motion to extend.  Docket No. 320.  Defendants shall file a response no later than July 27, 2015.  Plaintiffs shall file any reply no later than July 30, 2015.

IT IS SO ORDERED.

DATED:   July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge