# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BROOKE CARDOZA, et al.,

        Plaintiff(s),

vs.

BLOOMIN' BRANDS, INC., et al.,

        Defendant(s).

Case No. 2:13-cv-01820-JAD-NJK

ORDER

On July 17, 2015, Plaintiffs filed a motion to extend, *inter alia*, the deadline for certification experts. Docket No. 320. In briefing that motion, however, Plaintiffs also expressed uncertainty as to whether they would retain a certification expert if the motion to extend was granted and stated that they were seeking the extension "out of an abundance of caution." *See* Docket No. 329 at 2. On August 3, 2015, the Court ordered Plaintiffs to file a statement by August 17, 2015 indicating whether they intend to hire a certification expert such that a ruling is necessary on their motion to extend the deadline for such an expert. *See* Docket No. 331.

Now pending before the Court is Plaintiffs' notice requesting a ruling because the "parties have not come to an agreement on the issue." Docket No. 338.[1] The notice does not address the Court's central concern, which was that it was not inclined to address the issue given that Plaintiffs were unsure if they would retain a certification expert in the event the motion to extend was granted. The Court

---

[1] The notice was filed on August 18, 2015, after the deadline set by the Court.

hereby ORDERS Plaintiffs to file a notice, no later than noon on August 19, 2015, indicating whether they will retain a certification expert in the event their motion to extend is granted.

IT IS SO ORDERED.

DATED: August 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge