# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, et al., | Case No. 2:13-cv-01820-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BLOOMIN' BRANDS, INC., et al., | (Docket No. 354) |
| Defendant(s). | |

Pending before the Court is a stipulation regarding the manner in which interrogatory responses will be signed. Docket No. 354. Discovery is meant to proceed with limited court involvement. To that end, parties are generally permitted to stipulate among themselves to modify discovery procedures without court oversight. *See* Fed. R. Civ. P. 29(b) (parties may stipulate to modify discovery procedures, and parties need to seek court approval of such stipulations only in the event the stipulation would interfere with the schedule for completing discovery or for court proceedings); *see also* Local Rule 7-1(b). Because the parties' stipulation regarding interrogatory signatures does not impact the schedule set by the court, court approval appears unnecessary. Accordingly, the stipulation is hereby **DENIED** without prejudice. To the extent the parties continue to believe court approval is required, they must so explain in any renewed stipulation.

IT IS SO ORDERED.

DATED: September 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge