# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BROOKE CARDOZA, et al.,

           Plaintiff(s),

vs.

BLOOMIN' BRANDS, INC., et al.,

           Defendant(s).

Case No. 2:13-cv-01820-JAD-NJK

ORDER

(Docket No. 361)

In light of Plaintiffs' filing of an amended version of their motion to compel or for clarification, Docket No. 362, the Court hereby **DENIES** as moot the previously filed version of that motion at Docket No. 361.

IT IS SO ORDERED.

DATED: October 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge