THEODORE J. BOUTROUS JR., SBN 132099 (*pro hac vice*)
   tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366 (*pro hac vice*)
   cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285 (*pro hac vice*)
   jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

(*additional counsel on signature page*)

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, Individually and On Behalf of All Others Similarly Situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMIN' BRANDS, INC., et al.,<br><br>Defendants. | CASE NO. 2:13-cv-01820-JAD-(NJK)<br><br>**STIPULATION AND \|ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' THIRD AMENDED COLLECTIVE / CLASS ACTION COMPLAINT (ECF NO. 357)**<br><br>**(FIRST REQUEST)**<br><br>Action Filed: October 4, 2013 |

     WHEREAS, on September 15, 2015, Plaintiffs filed their Third Amended Collective / Class Action Complaint ("Third Amended Complaint," ECF No. 357);

     WHEREAS, Pursuant to Rules 15(a)(3) and 6(d), Defendants were required to respond to the Third Amended Complaint by October 2, 2015;

     WHEREAS, Defendants mistakenly understood that their response deadline was October 9, 2015, to file a response under Rules 12 and 6(d);

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' THIRD AMENDED COLLECTIVE / CLASS ACTION COMPLAINT – CASE NO. 2:13-cv-01820-JAD-(NJK)

WHEREAS, Civil Local Rules 6-1 and 7-1 permit Plaintiffs and Defendants to stipulate to extend the time to respond to the Third Amended Complaint; and,

WHEREAS, the stipulated extension of time is not made for purposes of delay and will not affect other deadlines set forth in this Court's scheduling orders (ECF Nos. 176, 330).

THEREFORE, Plaintiffs and Defendants, through the undersigned counsel of record, stipulate and agree that shall file a response to the Third Amended Complaint by October 9, 2015.

Dated: October 6, 2015

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jesse A. Cripps
Theodore J. Boutrous, Jr., Esq.
Catherine A. Conway, Esq.
Jesse A. Cripps, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Attorneys for Defendants Bloomin' Brands, Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC*

Dated: October 6, 2015

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: /s/ Justin C. Jones
Don Springmeyer, Esq.
Justin C. Jones, Esq.
Bradley Schrager, Esq.
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Plaintiffs*

## **ORDER**

**IT IS SO ORDERED**.

Dated: October 6, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE