1   Don Springmeyer, Esq.
Nevada State Bar No. 1021
2   Justin C. Jones, Esq.
Nevada State Bar No. 8519
3   Bradley Schrager, Esq.
Nevada State Bar No. 10217
4   **WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
5   3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
6   Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
7   Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com
8   *Attorneys for Plaintiffs (additional counsel
listed in signature block)*

9

10               **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13   BROOKE CARDOZA *et al.*,           **CASE NO.:  2:13-cv-01820-JAD-NJK**

14         Plaintiffs,

15         vs.                         PARTIES' JOINT STIPULATION **AND
ORDER IN RESPONSE TO**
COURT'S ORDER (DOCKET NO. 384)

16   BLOOMIN' BRANDS, INC. *et al.*,     **(First Request)**

17         Defendants.

18           The parties now approach the Court in response to its Order on Plaintiffs' recent motion to

19   compel. That Order can be found at Docket No. 384.

20           In its Order, the Court ordered the parties to "confer in light of the guidance provided" in

21   the Order, and to file a "joint stipulated proposal" for conduct of further discovery by October 30.

22           **The parties jointly propose to extend this deadline two weeks, to November 13.** As

23   grounds for an extension, the parties state:

24           Consonant with the Court's guidance, the parties have engaged in multiple phone calls and

25           exchanged letters and e-mails intended to resolving discovery matters without the Court's

26           involvement.

27           There is a further meeting set for next week where plaintiff and defense counsel will sit

28           down in person to further discuss discovery matters. The parties agree that an in-person

1  meeting would be valuable in working through these issues in a collegial and cooperative

2  manner.

3  Plaintiffs' counsel requested the additional time sought. Defendants' counsel agreed to the

4  extension. Counsel for all parties believe that this additional time will be put to good use

5  and that the extent of agreement between the parties appears greater if there is more time to

6  work.

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    If the Court prefers a motion to be filed in lieu of a stipulation, the parties will do so

2    promptly.

3

4    DATED this 29th day of October, 2015.              DATED this 29th day of October, 2015.

5    /s/ Don Springmeyer                                /s/ Jesse Cripps
     Don Springmeyer, Esq.                              Theodore J. Boutrous, Jr., Esq.
6    Nevada State Bar No. 1021                          Catherine A. Conway, Esq.
     Justin C. Jones, Esq.                              Jesse A. Cripps, Esq.
7    Nevada State Bar No. 8519                          **GIBSON, DUNN & CRUTCHER LLP**
     Bradley Schrager, Esq.                             333 South Grand Avenue
8    Nevada State Bar No. 10217                         Los Angeles, CA 90071-3197

9    **WOLF, RIFKIN, SHAPIRO,**                         Sarah Zenewicz, Esq.
     **SCHULMAN & RABKIN, LLP**                         555 Mission Street, Suite 300
10   3556 E. Russell Road, Second Floor                 San Francisco, CA 94105
     Las Vegas, Nevada 89120
11                                                      THOMPSON, SIZEMORE, GONZALEZ, &
     Timothy J. Becker, Esq. (admitted pro hac)         HEARING, P.A.
12   Jacob Rusch, Esq. (admitted pro hac)               Marquis W. Heilig, Esq.
     JOHNSON BECKER, PLLC                               201 N. Franklin St., Suite 1600
13   33 South Sixth Street, Suite 4530                  Tampa, FL 33602
     Minneapolis, Minnesota 55402
14                                                      JOHN COTTON & ASSOCIATES, LTD.
     Jason J. Thompson, Esq. (admitted pro hac)         John H. Cotton, Esq.
15   Jesse Young, Esq. (admitted pro hac)               7900 W. Sahara, Suite 200
     SOMMERS SCHWARTZ, P.C.                             Las Vegas NV 89117
16   2000 Town Center, Suite 900
     Southfield, Michigan  48075                        Attorneys for Defendants Bloomin' Brands,
17                                                      *Inc.; OSI Restaurant Partners, LLC; Outback*
     William F. Cash III, Esq. (admitted pro hac)       *Steakhouse of Florida, LLC; OS Restaurant*
18   Brandon L. Bogle, Esq. (admitted pro hac)          *Services, LLC*
     LEVIN, PAPANTONIO, THOMAS,
19   MITCHELL, RAFFERTY, & PROCTOR, P.A.
     316 S. Baylen Street, Suite 600
20   Pensacola, Florida 32502

21   *Attorneys for Plaintiffs*

22

23

24                                          **ORDER**

25   **IT IS SO ORDERED**.

26   Dated: October 29, 2015

27                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
28

PARTIES' JOINT STIPULATION AND (PROPOSED) ORDER IN
RESPONSE TO COURT'S ORDER (DOCKET NO. 384)