Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com
*Attorneys for Plaintiffs (additional counsel listed in signature block)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA *et al.*, | CASE NO.:  2:13-cv-01820-JAD-NJK |
| Plaintiffs, | |
| vs. | PARTIES' JOINT STIPULATION **AND (PROPOSED) ORDER IN RESPONSE TO** COURT'S ORDER (DOCKET NO. 384) **(First Request)** |
| BLOOMIN' BRANDS, INC. *et al.*, | |
| Defendants. | |

The parties now approach the Court in response to its Order on Plaintiffs' recent motion to compel. That Order can be found at Docket No. 384.

In its Order, the Court ordered the parties to "confer in light of the guidance provided" in the Order, and to file a "joint stipulated proposal" for conduct of further discovery by October 30.

**The parties jointly propose to extend this deadline two weeks, to November 13.** As grounds for an extension, the parties state:

Consonant with the Court's guidance, the parties have engaged in multiple phone calls and exchanged letters and e-mails intended to resolving discovery matters without the Court's involvement.

There is a further meeting set for next week where plaintiff and defense counsel will sit down in person to further discuss discovery matters. The parties agree that an in-person

1  meeting would be valuable in working through these issues in a collegial and cooperative
2  manner.
3  Plaintiffs' counsel requested the additional time sought. Defendants' counsel agreed to the
4  extension. Counsel for all parties believe that this additional time will be put to good use
5  and that the extent of agreement between the parties appears greater if there is more time to
6  work.
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  If the Court prefers a motion to be filed in lieu of a stipulation, the parties will do so promptly.

DATED this 29th day of October, 2015.

/s/ Don Springmeyer
Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

Timothy J. Becker, Esq. (admitted pro hac)
Jacob Rusch, Esq. (admitted pro hac)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

Jason J. Thompson, Esq. (admitted pro hac)
Jesse Young, Esq. (admitted pro hac)
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075

William F. Cash III, Esq. (admitted pro hac)
Brandon L. Bogle, Esq. (admitted pro hac)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY, & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

*Attorneys for Plaintiffs*

DATED this 29th day of October, 2015.

/s/ Jesse Cripps
Theodore J. Boutrous, Jr., Esq.
Catherine A. Conway, Esq.
Jesse A. Cripps, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197

Sarah Zenewicz, Esq.
555 Mission Street, Suite 300
San Francisco, CA 94105

THOMPSON, SIZEMORE, GONZALEZ, & HEARING, P.A.
Marquis W. Heilig, Esq.
201 N. Franklin St., Suite 1600
Tampa, FL 33602

JOHN COTTON & ASSOCIATES, LTD.
John H. Cotton, Esq.
7900 W. Sahara, Suite 200
Las Vegas NV 89117

Attorneys for Defendants Bloomin' Brands, *Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC*

**ORDER**

**IT IS SO ORDERED**.

Dated: October 29, 2015

_____
UNITED STATES MAGISTRATE JUDGE