1  Don Springmeyer, Esq.
   Nevada State Bar No. 1021
2  Justin C. Jones, Esq.
   Nevada State Bar No. 8519
3  Bradley Schrager, Esq.
   Nevada State Bar No. 10217
4  **WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
5  3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89120-2234
6  Telephone: (702) 341-5200/Fax: (702) 341-5300
   Email: dspringmeyer@wrslawyers.com
7  Email: jjones@wrslawyers.com
   Email: bschrager@wrslawyers.com
8  *Attorneys for Plaintiffs (additional counsel*
   *listed in signature block)*

9

10                **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12

13  BROOKE CARDOZA *et al.*,              **CASE NO.:  2:13-cv-01820-JAD-NJK**

        Plaintiffs,

14      vs.                               **STIPULATION AND (PROPOSED)**
                                          **ORDER IN RESPONSE TO COURT'S**
15  BLOOMIN' BRANDS, INC. *et al.*,       **ORDER (DOCKET NO. 384)**
                                          **(Second Request)**
16      Defendants.

17

18        The parties now approach the Court in response to its Order, Doc.#384, on Plaintiffs' recent

19  Motion to Compel, Doc.#362.

20        In its Order, the Court required the parties to "confer in light of the guidance provided" in

21  the Order, and to file by October 30 a "joint stipulated proposal" for conduct of further discovery.

22        The Court then granted the parties' previous joint Stipulation to extend the October 30

23  deadline to November 13. Doc.#391. The parties now seek a second and final one-week extension

24  to November 20. As grounds for a further extension, the parties state:

25   •  Consonant with the Court's guidance, the parties have continued to engage in substantial

26      meet-and-confer conferences.

27   •  Plaintiffs' and Defense counsel met in person last week in Los Angeles to discuss a

28      proposal  for discovery. There was general agreement as to the proposal. Defense counsel

---

drafted a joint report based on the conference. That draft was provided to Plaintiffs' counsel on November 10. Also on November 10, one of the Plaintiffs' lawyers negotiating this proposal was hospitalized.

- The parties have agreed as follows:
  - o   Plaintiffs will respond to Defendants by close of business Tuesday, November 17 with comments and additions to the draft joint report.
  - o   Defendants will respond to Plaintiffs by close of business Thursday, November 19 with their comments.
  - o   The parties will attempt to reach final agreement Friday, November 20 and will file the joint report by the end of that day.

- Plaintiffs' counsel requested the additional time sought. Defendants' counsel agreed to the extension. Counsel for all parties believe that this additional time will be put to good use and that the extent of agreement between the parties appears greater if there is more time to work.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND (PROPOSED) ORDER IN RESPONSE TO COURT'S ORDER (DOCKET NO. 384)
(Second Request)

1    If the Court prefers a motion to be filed in lieu of a stipulation, the parties will do so

2    promptly.

3    DATED this 12th day of November, 2015.    DATED this 12th day of November, 2015.

4    /s/ Don Springmeyer                          /s/ Jesse Cripps

5    Don Springmeyer, Esq.                        Theodore J. Boutrous, Jr., Esq.
     Nevada State Bar No. 1021                     Catherine A. Conway, Esq.

6    Justin C. Jones, Esq.                         Jesse A. Cripps, Esq.
     Nevada State Bar No. 8519                     **GIBSON, DUNN & CRUTCHER LLP**

7    Bradley Schrager, Esq.                        333 South Grand Avenue
     Nevada State Bar No. 10217                    Los Angeles, CA 90071-3197

8    **WOLF, RIFKIN, SHAPIRO,**
     **SCHULMAN & RABKIN, LLP**                    Sarah Zenewicz, Esq.

9    3556 E. Russell Road, Second Floor            555 Mission Street, Suite 300
                                                   San Francisco, CA 94105
10   Las Vegas, Nevada 89120

11   Timothy J. Becker, Esq. (admitted pro hac)    **THOMPSON, SIZEMORE, GONZALEZ,**
     Jacob Rusch, Esq. (admitted pro hac)          **& HEARING, P.A.**
                                                   Marquis W. Heilig, Esq.
12   **JOHNSON BECKER, PLLC**                      201 N. Franklin St., Suite 1600
     33 South Sixth Street, Suite 4530             Tampa, FL 33602
13   Minneapolis, Minnesota 55402
                                                   **JOHN COTTON & ASSOCIATES, LTD.**
14                                                 John H. Cotton, Esq.
     Jason J. Thompson, Esq. (admitted pro hac)    7900 W. Sahara, Suite 200
15   Jesse Young, Esq. (admitted pro hac)          Las Vegas NV 89117
     **SOMMERS SCHWARTZ, P.C.**
16   2000 Town Center, Suite 900                   *Attorneys for Defendants Bloomin' Brands,*
     Southfield, Michigan  48075                   *Inc.; OSI Restaurant Partners, LLC; Outback*
17                                                 *Steakhouse of Florida, LLC; OS Restaurant*
                                                   *Services, LLC*
18   William F. Cash III, Esq. (admitted pro hac)
     Brandon L. Bogle, Esq. (admitted pro hac)
19   **LEVIN, PAPANTONIO, THOMAS,**
     **MITCHELL, RAFFERTY, & PROCTOR,**
20   **P.A.**
     316 S. Baylen Street, Suite 600
21   Pensacola, Florida 32502

22   *Attorneys for Plaintiffs*

23

24                              **ORDER**

25   **IT IS SO ORDERED**.

26   Dated: November 13, 2015    _____

27                              UNITED STATES MAGISTRATE JUDGE

28
     ─────────────────────────────────────────────
                              -3-