**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKE CARDOZA, CODY C. HANCOCK, etc., <br><br> Plaintiff(s), <br><br> vs. <br><br> BLOOMIN' BRANDS, INC.; OSI RESTAURANT PARTNERS, LLC, etc., <br><br> Defendant(s). | Case #2:13-cv-01820-JAD-NJK <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____Amanda C. Machin_____, Petitioner, respectfully represents to the Court:
         (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____GIBSON, DUNN & CRUTCHER LLP_____
                              (firm name)

with offices at _____1050 Connecticut Avenue, NW, Suite 300_____,
                              (street address)

___Washington___, ___District of Columbia___, ___20036___,
     (city)                    (state)              (zip code)

___202-887-3705___, ___amachin@gibsondunn.com___.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___PLEASE SEE ATTACHMENT A___ to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since _____August 6, 2012_____, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___District of Columbia___ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Court of Appeals, D.C. | August 6, 2012 | 1008932 |
| Supreme Court of Virginia | October 31, 2011 | 82364 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
D.C. Bar
Virginia Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Amanda C. Machin*
Petitioner's signature

STATE OF ____Virginia____ )
COUNTY OF ____Arlington____ )

____Amanda C. Machin____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Amanda C. Machin*
Petitioner's signature

Subscribed and sworn to before me this

__16__ day of __November__, __2015__.

*Lunako B. Jackson*
Notary Public or Clerk of Court

OFFICIAL SEAL
RUNAKO B JACKSON
Notary Public
COMMONWEALTH OF VIRGINIA
My Commission Expires Nov 30, 2016
ID #7517236

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____John H. Cotton____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____John H. Cotton & Associates, Ltd., 7900 West Sahara Avenue, Suite 200____,
(street address)

____Las Vegas____, ____Nevada____, ____89117____,
(city)         (state)         (zip code)

____702-832-5909____, ____jhcotton@jhcottonlaw.com____,
(area code + telephone number)   (Email address)

4

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John H. Cotton_____ as
                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Joseph Kadow, Executive VP & Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5268                     jhcotton@jhcottonlaw.com
Bar number               Email address

APPROVED:

Dated: November 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/15

**Attachment A**

**Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel**

2. That Petitioner has been retained personally or as a member of the law firm by BLOOMIN' BRANDS, INC.; OSI RESTAURANT PARTNERS, LLC; OUTBACK STEAKHOUSE OF FLORIDA, LLC; and OS RESTAURANT SERVICES, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

Gibson, Dunn & Crutcher LLP



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## AMANDA CATHERINE MACHIN

was on   AUGUST 6, 2012   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 12, 2015.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **AMANDA CATHERINE MACHIN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. MACHIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 2011**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued November 17, 2015*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER