THEODORE J. BOUTROUS JR., SBN 132099 (*pro hac vice*)
   tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366 (*pro hac vice*)
   cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285 (*pro hac vice*)
   jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

(*additional counsel on signature page*)

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, Individually and On Behalf of All Others Similarly Situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLOOMIN' BRANDS, INC., et al., <br><br> Defendants. | CASE NO. 2:13-cv-01820-JAD-(NJK) <br><br> **STIPULATION FOR ORDER VACATING CASE CALENDAR AND DEADLINES** <br><br> Action Filed: October 4, 2013 |

WHEREAS, on October 29, 2015, the Parties attended a private mediation but were unable to reach an agreement at that time;

WHEREAS, as a result of that mediation and discussions that have followed, the Parties have reached an agreement in principle to resolve this case in its entirety through settlement;

WHEREAS, the Parties believe that judicial efficiency would best be served by allowing the parties to focus on finalizing the settlement agreement in lieu of focusing on fast-approaching discovery, briefing, and other litigation case deadlines, including the imminent filing deadlines set for November 20, 2015, the discovery hearing set for November 20, 2015, and the current December 8, 2015 discovery cut-off (ECF Nos. 330, 394, 396);

THEREFORE, the Parties, through their undersigned counsel of record, stipulate and agree, subject to Court approval, that the discovery cut-off, decertification motion deadline and Rule 23 motion deadlines, and any other case deadlines and hearings currently set in this case shall be VACATED. By December 17, 2015, the Parties will file a joint report advising on a date by which Plaintiffs will file a motion for preliminary approval of settlement. If for some unforeseen reason the Parties are unable to finalize their agreement by December 17, 2015, the Parties will file a joint report with a proposed schedule to move the case forward.

Dated: November 18, 2015

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Jesse A. Cripps*
Theodore J. Boutrous, Jr., Esq.
Catherine A. Conway, Esq.
Jesse A. Cripps, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197

Attorneys for Defendants Bloomin' Brands, Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC

Dated: November 18, 2015

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By:    */s/ Don Springmeyer*
Don Springmeyer, Esq.
Justin C. Jones, Esq.
Bradley Schrager, Esq.
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated: November 18, 2015.

_____
UNITED STATES DISTRICT JUDGE