# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> BLOOMIN' BRANDS, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-01820-JAD-NJK <br><br> ORDER <br><br> (Docket Nos. 360, 386) |

Pending before the Court is Defendants' motion to strike Plaintiffs' certification-related expert. Docket No. 360. Also pending before the Court is Plaintiffs' counter-motion to extend time. Docket No. 386. In light of the stipulation and order regarding the parties' apparent settlement, Docket Nos. 404, 406, the above motions are hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: November 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge