THEODORE J. BOUTROUS JR., SBN 132099 (*pro hac vice*)
  tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366 (*pro hac vice*)
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285 (*pro hac vice*)
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

(*additional counsel on signature page*)

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, Individually and On Behalf of All Others Similarly Situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMIN' BRANDS, INC., et al.,<br><br>Defendants. | CASE NO. 2:13-cv-01820-JAD-(NJK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RE-CALENDAR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF FLSA CLASS SETTLEMENT**<br><br>**(FIRST REQUEST)**<br><br>Action Filed: October 4, 2013 |

WHEREAS, on February 26, 2016, Plaintiffs filed their Motion for Preliminary Approval of FLSA Class Settlement ("Motion for Preliminary Approval," ECF No. 413);

WHEREAS, on March 7, 2016, the Court set a hearing on the Motion for Preliminary Approval for April 22, 2016, at 1:30 p.m.;

WHEREAS, counsel for Defendants have a pre-existing conflict on April 22, 2016, at 1:30 p.m.;

WHEREAS, the parties have met and conferred and agreed to request that the April 22, 2016, Motion for Preliminary Approval hearing be set for an earlier hearing date; and,

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO RE-CALENDAR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT – CASE NO. 2:13-CV-01820-JAD-(NJK)

WHEREAS, counsel for the parties are available on April 11, 2016, at 10:30 a.m. for the hearing.

THEREFORE, Plaintiffs and Defendants, through the undersigned counsel of record, stipulate and request that the hearing on Plaintiffs' Motion for Preliminary Approval be continued to April 11, 2016, at 10:30 a.m.

Dated: March 9, 2016

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jesse A. Cripps*
Theodore J. Boutrous, Jr., Esq.
Catherine A. Conway, Esq.
Jesse A. Cripps, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Attorneys for Defendants Bloomin' Brands, Inc.; OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC*

Dated: March 9, 2016

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: */s/ Justin C. Jones*
Don Springmeyer, Esq.
Justin C. Jones, Esq.
Bradley Schrager, Esq.
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**.

Dated: March 10, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER TO RE-CALENDAR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT – CASE NO. 2:13-CV-01820-JAD-(NJK)

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2016, a true and correct copy of

**STIPULATION AND [PROPOSED] ORDER TO RE-CALENDAR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF FLSA CLASS SETTLEMENT**

was served via United States District Court CM/ECF system on all parties or persons requiring notice.

By:    /s/ Susanne Hoang
       Susanne Hoang, an Employee of
       GIBSON, DUNN & CRUTCHER LLP

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER TO RE-CALENDAR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT – CASE NO. 2:13-CV-01820-JAD-(NJK)