Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com
*Attorneys for Plaintiffs and Interim Class Counsel (additional counsel listed in signature block)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, CODY C. HANCOCK, MICHAEL YENDES, JEFFERY BROWN, KEVIN CONNELLEY, TREVOR TULLIS, DENISE GOODLIN, JOSEPH VERRENGIA, AMY WOMACK, VALERIE GARDNER, ALEX NESBITT, DANIEL GEIGER, RACHEL TALASKO, and WESLEY MILES, all on behalf of themselves and all similarly-situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BLOOMIN' BRANDS, INC.; OSI RESTAURANT PARTNERS, LLC; OUTBACK STEAKHOUSE OF FLORIDA, LLC; OS RESTAURANT SERVICES, LLC; and DOES 5 through 100, Inclusive,<br><br>Defendants. | CASE NO.:  2:13-cv-01820-JAD-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR FINAL APPROVAL OF FLSA CLASS SETTLEMENT**<br><br>**[FIRST REQUEST]** |

WHEREAS, pursuant to the Court's Order Granting Preliminary Approval of the Class Settlement ("Preliminary Approval Order," ECF No. 430), Plaintiffs were required to file their Motion for Final Approval of FLSA Class Settlement (hereinafter "Motion") on or before October

10, 2016;

WHEREAS, the filing deadline for the Motion falls on a federal holiday, Columbus Day; and,

WHEREAS the attorneys for the parties have conferred and agreed that a one day extension would be acceptable in light of the federal holiday.

THEREFORE, the parties by and through their undersigned counsel, hereby stipulate that Class Counsel may file the Motion on October 11, 2016

DATED this 10th day of October, 2016.

IT IS SO ORDERED
Dated 10/11/16
*nunc pro tunc to 10/10/16*

_____
Jennifer Dorsey
United States District Court

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:   *Don Springmeyer, Esq.*_____
Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

Timothy J. Becker, Esq. (admitted pro hac)
Jacob Rusch, Esq. (admitted pro hac)
JOHNSON BECKER, PLLC
33 S. Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

Jason J. Thompson, Esq. (admitted pro hac)
Jesse Young, Esq. (admitted pro hac)
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075

William F. Cash III, Esq. (admitted pro hac)
Brandon L. Bogle, Esq. (admitted pro hac)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY, & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

*Attorneys for Plaintiffs and Interim Class Counsel*

2