Don Springmeyer, Esq.
Nevada State Bar No. 1021
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Bradley Schrager, Esq.
Nevada State Bar No. 10217
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: jjones@wrslawyers.com
Email: bschrager@wrslawyers.com

*Attorneys for Plaintiffs (additional counsel listed in signature block)*

THEODORE J. BOUTROUS JR., SBN 132099 (*pro hac vice*)
CATHERINE A. CONWAY, SBN 98366 (*pro hac vice*)
JESSE A. CRIPPS, SBN 222285 (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229.7000/Fax: (213) 229.7520
Email: tboutrous@gibsondunn.
Email: comcconway@gibsondunn.com
Email: jcripps@gibsondunn.com

Attorneys for Defendants (*additional counsel on signature page*)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE CARDOZA, Individually and On Behalf of All Others Similarly Situated, et al., <br><br> Plaintiffs, <br> v. <br><br> BLOOMIN' BRANDS, INC., et al., <br><br> Defendants. | CASE NO. 2:13-cv-01820-JAD-(NJK) <br><br> **STIPULATION AND [PROPOSED] ORDER TO ALLOW LATE FILING OF CLAIM FORMS** <br><br> Action Filed: October 4, 2013 |

/ / /

WHEREAS, on April 19, 2016, the Court entered the Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") (ECF No. 430);

WHEREAS, the Preliminary Approval Order requires that Settlement Class Members must complete and return an executed Claim Form to the Claims Administrator before the expiration of the Notice Period in order to receive a Settlement Payment (*id*. at 6-7);

WHEREAS, the Notice Period expired on September 6, 2016, ninety days from the first mailing date postmarked on the first Notice of Class Action Settlement mailed by the Claims Administrator;

WHEREAS, the Claims Administrator received forty-four (44) Claim Forms from Settlement Class Members postmarked after September 6, 2016; and,

WHEREAS, Plaintiffs have requested to treat the late-mailed Claim Forms as timely submitted so that those Settlement Class Members may receive a Settlement Payment.

THEREFORE, Plaintiffs and Defendants, by and through their undersigned counsel, stipulate, subject to approval of the Court, to deem the Claim Forms postmarked after September 6, 2016, and received by the Claims Administrator no later than October 7, 2016, as timely filed and eligible to receive a Settlement Payment provided that Class Counsel file all Consent to Join forms for late-filed Claim Forms within ten court days after receipt of an order granting this stipulation.

IT IS SO STIPULATED.

Dated: October 11, 2016

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 17, 2016.

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: */s/ Justin C. Jones, Esq.*
Don Springmeyer, Esq.
Justin C. Jones, Esq.
Bradley Schrager, Esq.
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: October 11, 2016 | GIBSON, DUNN & CRUTCHER LLP |
| | By: |
| | */s/ Sarah Zenewicz, Esq.* |
| | Theodore J. Boutrous, Jr., Esq.<br>Catherine A. Conway, Esq.<br>Jesse A. Cripps, Esq.<br>Sarah Zenewicz, Esq.<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| | *Attorneys for Defendants Bloomin' Brands, Inc.;OSI Restaurant Partners, LLC; Outback Steakhouse of Florida, LLC; OS Restaurant Services, LLC* |

**ORDER**

The parties so stipulating and good cause appearing,

**IT IS SO ORDERED**.

Dated: _____                    _____
                                                                    UNITED STATES DISTRICT COURT JUDGE